JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL ROBERT CAYSON, an individual doing business as "C I E",<br><br>Defendant. | Case No.: CV 10-4057-RGK (MANx)<br><br>Assigned to the Honorable<br>R. Gary Klausner<br><br>**JUDGMENT** |

///

///

///

///

///

| | |
|---|---|
| 1 | This action having been commenced on May 28, 2010, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Michael Robert Cayson, an individual doing business as "C I E", and for good cause shown, |

This action having been commenced on May 28, 2010, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Michael Robert Cayson, an individual doing business as "C I E", and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union shall recover from defendant Michael Robert Cayson, an individual doing business as "C I E", the principal amount of $608,167.44, together with post-judgment interest as provided by law from the date judgment is entered until paid in full.

Dated: May 06, 2011

_____
UNITED STATES DISTRICT JUDGE