1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
2 |     Email: *Moorhead*@luch.com
225 South Lake Avenue, Suite 200
3 | Pasadena, California 91101-3030
Telephone: (626) 449-1882
4 | Facsimile: (626) 449-1958

5 | Attorneys for Plaintiffs, Trustees of the Southern California
IBEW-NECA Pension Plan, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>      Plaintiffs,<br><br>  v.<br><br>MICHAEL ROBERT CAYSON, an individual doing business as "C I E,"<br><br>      Defendant. | CASE NO: 2:10-cv-04057-RGK-MAN<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

1504713

1    Judgment was entered on May 9, 2011, in the amount of $608,167.44, plus
2    post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors,
3    Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
4    Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
5    County Electrical Educational and Training Trust Fund, Trustees of the National
6    Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
7    Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
8    Management Committee, Contract Compliance Fund, and Los Angeles Electrical
9    Workers Credit Union (collectively, "Judgment Creditors"), and against
10   Defendant/Judgment Debtor, Michael Robert Cayson, an individual doing business as
11   "C I E."

12   The judgment was registered with the U.S. District Court, District of Oregon,
13   on September 19, 2011, as Case No. 1:11-mc-08023.  The judgment was also
14   registered with the U.S. District Court, Northern District of Idaho, on May 11, 2015,
15   as Case No. 1:15-mc-08119-EJL.

16   Abstracts of Judgment have been recorded as follows:

| County | Document # | Date |
|---|---|---|
| Los Angeles, CA | 2011-11201012 | August 19, 2011 |
| Ventura, CA | 20120803-00136849-0 ½ | August 3, 2012 |
| San Diego, CA | 2012-0456862 | August 3, 2012 |
| Riverside, CA | 2012-0373378 | August 7, 2012 |
| Orange, CA | 2012000452893 | August 8, 2012 |
| San Bernardino, CA | 2012-0327501 | August 15, 2012 |
| Josephine, OR | 2011-012675 | October 31, 2011 |
| Bonner, ID | 827873 | June 18, 2012 |

26   **NOW**, upon application for renewal of judgment by Judgment Creditors, and
27   upon declaration showing that Judgment Debtor has failed to satisfy the total amount
28   of said judgment and is indebted to Judgment Creditors,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment be renewed against Michael Robert Cayson, an individual doing business as "C I E," in the amount of $259,899.02, as follows:

| | | | |
|---|---|---|---:|
| a. | Judgment | | $608,167.44 |
| b. | Costs after Judgment | | $   0.00 |
| c. | Interest after judgment computed from 05/09/2011 through 12/11/2020 at 0.20% | | $   4,954.89 |
| d. | Less Credits | | $353,223.31 |
| e. | Total Renewed Judgment | | $259,899.02 |

Dated: December 21, 2020

/s/ Jennylam
Deputy Clerk